## Commonwealth *v.* Riccobene, Appellant.

Submitted September 15, 1972. *Jack Myers* and *Robert F. Simone,* for appellant; *Michael R. Stiles* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and case remanded for a revocation hearing before the Pennsylvania Board of Probation and Parole. See *Commonwealth ex rel. Rambeau v. Rundle,* 455 Pa. 8, 314 A. 2d 842.

## Commonwealth *v.* Staub, Appellant.

Submitted December 8, 1972. *John R. Gailey, Jr.,* for appellant; *Oscar F. Spicer,* for Commonwealth, appellee.

Judgment of sentence affirmed.